AO 91 (Rev 8/01)     Criminal Complaint

# United States District Court

**SOUTHERN**      **DISTRICT OF**      **TEXAS**

**McALLEN DIVISION**

| UNITED STATES OF AMERICA | United States District Court | CRIMINAL COMPLAINT |
|---|---|---|
| V. | Southern District of Texas FILED | |
| J Aurelio Suarez-Nunez | FEB 0 4 2021 | Case Number: M-21-293 -M |
| | Nathan Ochsner, Clerk | |

IAE    YOB:    1971
Mexico

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ February 3, 2021 _____ in ___ Starr ___ County, in

the _____ Southern _____ District of ___ Texas ___

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Garceno, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___ 8 ___ United States Code, Section(s) ___ 1326 ___ (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

J Aurelio Suarez-Nunez was encountered by Border Patrol Agents near Garceno, Texas on February 3, 2021. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on February 3, 2021, near Rio Grande City, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on May 19, 2020, through Harlingen, Texas. Prior to Deportation/Exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On January 21, 2020, the defendant was convicted of 8 USC 1326 Unlawful Presence in the United States after Previous Deportation or Removal and sentenced to time served and seven (7) days confinement.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

Complaint authorized by AUSA A. Castro

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/Margaret Gonzalez
Signature of Complainant

February 4, 2021    4:46pm

Margaret Gonzalez      Border Patrol Agent

Nadia S. Medrano    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer